UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:24-cr-25(S4)-HES-MCR

DARION JERIDO
_____/

Defense Atty.: Darcy Galnor
AUSA: Kirwinn Mike

| Judge: | **Monte C. Richardson** **U.S. Magistrate Judge** | Date and Time | March 3, 2025 2:07 PM – 2:16 PM 9 MINUTES |
|---|---|---|---|
| Deputy Clerk: | Sharon Spaulding | Tape/Reporter | Digital |
| Interpreter | None Required | Pretrial/Probation | Kimberly Barrett |

**CLERK'S MINUTES**

PROCEEDINGS:   INITIAL APPEARANCE

Defendant arrested by HSI on March 3, 2025, on a Fourth Superseding Indictment out of the Middle District of Florida.

Court requested presence of counsel for possible appointment.

The defendant requested court-appointed counsel. The defendant placed under oath and questioned regarding financial ability to employ counsel. Based on the defendant's financial affidavit, the Court appoints Darcy Galnor, Esq.

Oral Notice of appearance entered on behalf of the defendant by Darcy Galnor, Esq.

The defendant advised of rights, charges, penalties, and special assessments.

- 2 -

Mr. Mike requested the Court detain the defendant pending trial.

Ms. Galnor's request for continuance of detention hearing until March 10, 2025, is GRANTED.

Detention hearing set before Judge Monte C. Richardson on March 10, 2025 at 2:00 p.m.