UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                CASE NO. 3:24-cr-25(S4)-HES-MCR

DARION JERIDO

---

### ORDER OF TEMPORARY DETENTION PENDING
### HEARING PURSUANT TO BAIL REFORM ACT

Upon oral motion of the Defendant to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is set for March 10, 2025, at 2:00 PM before the Honorable Monte C. Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville, Florida.** The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: March 3, 2025

                                                      MONTE C. RICHARDSON
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
United States Marshal Service
United States Pretrial Services